UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                           :

UNITED STATES OF AMERICA,          :

                                                                           :     **ORDER**

    -against-                                       :

                                                                           :     13 Cr. 58 (AKH)

JANCEY VALLE,                          :

                                                                           :

                          Defendant.      :

                                                                            :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Government shall file its response to Defendant Jancey Valle's motion for compassionate release, ECF No. 744, by July 14, 2020. Defendant shall file any reply by July 20, 2020. A hearing on the motion will be held on July 22, 2020, at 2:30 p.m.

        SO ORDERED.

Dated:     July 2, 2020                            /s/ Alvin K. Hellerstein
             New York, New York             ALVIN K. HELLERSTEIN
                                                    United States District Judge