UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
    United States,                          :
                                            :
                              Plaintiff,    :
                                            :
            -against-                       :           **SCHEDULING ORDERS**
                                            :
    Jancey Valle,                           :
                                            :
                                            :           13 Cr. 58 (AKH)
                                            :
                              Defendants.   :
------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

        The parties are hereby ordered to appear for a telephonic oral argument on Wednesday,

July 22, 2020, at 2:30 p.m., which hearing will be held via the following call-in number:

        Call-in number: 888-363-4749
        Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in

(other than counsel) to mute their telephones.

        Finally, no later than Tuesday, July 21, 2020, at 12:00 p.m., the parties shall jointly

submit to the Court (via the email address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all

counsel expected to appear on the record at the telephonic hearing.

        SO ORDERED.

Dated:      New York, New York
            July 15, 2020

                                            _____
                                            ALVIN K. HELLERSTEIN, U.S.D.J.