UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :
UNITED STATES OF AMERICA,        :
                                                  :    **ORDER**
       -against-                             :
                                                  :    13 Cr. 58 (AKH)
JANCEY VALLE,                               :
                                                  :
                            Defendant.      :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        For the reasons stated on the record at yesterday's telephonic hearing, Defendant Jancey Valle's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) is granted. Defendant's term of imprisonment is modified to time served. A three-year term of supervised release shall begin immediately upon Defendant's release. Supervised release shall be subject to the conditions set forth in the original judgment, ECF No. 353, with the following additions:

1. Defendant shall be subject to home confinement at the residence of Dr. Charlie M. Valle, at 4 Chestnut Street, Rutherford, New Jersey, for the first year of supervised release, with monitoring technology to be determined by the probation officer, subject to the ability to leave home for employment or to seek employment.

2. Defendant shall submit to periodic drug testing at a frequency and under conditions to be determined by the probation officer.

The Clerk shall close the open motions (ECF Nos. 743, 747).

SO ORDERED.

Dated:    July 23, 2020
           New York, New York

                                                          ALVIN K. HELLERSTEIN
                                                          United States District Judge